No. 79–6160.  JACKSON v. WISCONSIN.  Appeal from Ct. App. Wis. dismissed for want of substantial federal question.

No. 79–6174.  HIGGINS v. MISSOURI.  Appeal from Sup. Ct. Mo. dismissed for want of substantial federal question.

No. 79–6050.  CROSS v. CHURCH ET AL.  Appeal from Small Claims Court, San Mateo County, Cal., dismissed for want of jurisdiction.

No. 79–6152.  HAYES v. VALLEY BANK OF NEVADA; and HAYES v. GLADSTONE ET AL.  Appeal from Sup. Ct. Nev. dismissed for want of properly presented federal question.

No. 78–5422.  GONZALEZ v. NEW YORK.  Appeal from App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Judgment vacated and case remanded for further consideration in light of *Payton* v. *New York,* 445 U. S. 573 (1980).

No. 77–6769.  BROWN v. FLORIDA.  Dist. Ct. App. Fla., 1st Dist.  Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.  Judgment vacated and case remanded for further consideration in light of *Payton* v. *New York,* 445 U. S. 573 (1980).

No. 78–5403.  BUSCH v. FLORIDA.  Dist. Ct. App. Fla., 1st Dist.  Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.  Judgment vacated and case remanded for further consideration in light of *Payton* v. *New York,* 445 U. S. 573 (1980).